UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.D. SWAINGAN | CIVIL ACTION |
| VERSUS | NUMBER: 10-1118 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: "C"(5) |

## O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion of summary judgment is denied and that defendant's motion for summary judgement is granted.

New Orleans, Louisiana, this 27 day of April, 2011.

UNITED STATES DISTRICT JUDGE